AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ward, Thomas J | 2. Court or Organization<br><br>U.S. District Court, TX-E | 3. Date of Report<br><br>05/8/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>100 East Houston Street<br>Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Joint Venturer | J&J Joint Venture #1. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY -9 A 11:04
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Corporate Patent Counsel | January 29-30, 2007 | Bonita Springs, Florida | Panel participant | Travel, lodging and meals |
| 2. | University of Southern California | March 9-13, 2007 | Beverly Hills, California | Patent law seminar | Travel, lodging and meals |
| 3. | American College of Trial Lawyers | March 28-31, 2007 | Houston, Texas | Mock trial competition | Travel, lodging and meals |
| 4. | American College of Trial Lawyers | April 26-28, 2007 | San Antonio, Texas | Panel participant | Lodging and meals |
| 5. | State Bar of Texas | July 12-15, 2007 | Lake Tahoe, California | Patent law seminar | Travel, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ward, Thomas J** | 05/8/2008 |

| | | | | |
|---|---|---|---|---|
| 6 | University of Houston Law Center | October 4-5, 2007 | Galveston, Texas | Patent law seminar | Travel, lodging and meals |
| 7. | Center for American and International Law | November 13, 2007 | Plano, Texas | Patent law seminar | Travel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford Life Variable Annuity | | None | L | T | | | | | |
| 2. Allstate Life Ins. Variable Annuity [f/n/a Northbrook Life] | | None | M | T | | | | | |
| 3. Hartford Life Variable Annuity | | None | K | T | | | | | |
| 4. NE Territory Addition LLC | | None | K | U | | | | | |
| 5. Las Cruces Associates | | None | J | U | | | | | |
| 6. UBS Bank USA (accounts) | A | Interest | K | T | | | | | |
| 7. American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 8. American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 9. American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 10. American Funds Income Fund of America CLA | B | Dividend | K | T | | | | | |
| 11. American Funds Investment Co. of America CLA | A | Dividend | J | T | | | | | |
| 12. American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 13. American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 14. Nuveen Insured Premium Income Municipal Fund | B | Interest | | | Sell | 12/18 | K | A | |
| 15. IRA #1 | F | Int./Div. | N | T | | | | | |
| 16. - Putnam Master Int. Inc. Trust | A | Interest | | | Sell | 7/18 | J | A | |
| 17. - MSDW Global Dividend Growth Fund B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- MSDW Strategist Fund B | A | Dividend | K | T | | | | | |
| 19. --MSDW Natural Resources Development Fund | | None | L | T | | | | | |
| 20. -- MSDW Dividend Growth Securities Fund B | B | Dividend | L | T | | | | | |
| 21. -- MSDW Real Estate Fund B | C | Dividend | L | T | | | | | |
| 22. -- MSDW Focus Growth Fund | | None | K | T | | | | | |
| 23. --American Funds Capital World Growth and Income Fund CLA | A | Dividend | K | T | | | | | |
| 24. --American Funds Capital World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 25. --American Funds Growth Fund of America CLA | A | Dividend | K | T | | | | | |
| 26. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 27. --American Funds Investment Co. of America CLA | A | Dividend | K | T | | | | | |
| 28. --American Funds New Economy Fund CLA | A | Dividend | K | T | | | | | |
| 29. --American Funds New Perspective Fund CLA | A | Dividend | K | T | | | | | |
| 30. IRA #2 | D | Int./Div. | L | T | | | | | |
| 31. --American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 32. --American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 33. --American Funds Growth Fund of America CLA | A. | Dividend | K | T | | | | | |
| 34. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =●ther   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --American Funds Investment Co. of America CLA | A | Dividend | K | T | | | | | |
| 36. --American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 37. --American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 38. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | D | Interest | O | T | | | | | |
| 39. Real Estate, Upshur County, Texas | | None | J | W | Partial sale | 12/19 | J | B | State of Texas |
| 40. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 41. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 42. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 43. Southside Bank (accounts) | D | Interest | M | T | | | | | |
| 44. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 45. Account Receivable | | None | J | U | | | | | |
| 46. J&J Joint Venture No. 1, Longview, TX | C | Distribution | J | U | | | | | |
| 47. CIBC Oppenheimer Money Market Account | A | Interest | J | T | | | | | |
| 48. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 49. Microsoft Corporation Common Stock | A | Dividend | K | T | | | | | |
| 50. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 51. Working Interest - Denson #1, Gregg County, Texas | B | Royalty | J | W | | | | . | |

Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Working Interest - J.Bussey #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 53. Working Interest - Culpepper #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 54. Working Interest - Flewellen #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 55. Working Interest - Flewellen #4, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 56. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 57. Working Interest - Denson #2, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 58. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 59. Working Interest - Denson #4, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 60. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 61. Working Interest - Flewellen #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 62. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 63. Working Interest - Culpepper #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 64. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 65. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 66. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 67. Working Interest - Castleberry #11, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 68. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05 8 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No rep●rtable inc●me, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Working Interest - Flewellen #8, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 70. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 71. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 72. Working Interest - Denson #5, Gregg County, Texas (WSP) | B | Royalty | J | W | | | | | |
| 73. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 74. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 75. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 76. Royalty - Davis #2, Wood County, Texas | B | Royalty | J | W | | | | | |
| 77. Working Interest - Utzman #1, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 78. Working Interest - Ritz #1, Panola County, Texas | | None | | | Sell | 3/1 | J | A | Sojitz Energy Venture |
| 79. Working Interest - Ritz #2, Panola County, Texas | A | Royalty | | | Sell | 3/1 | J | C | Sojitz Energy Venture |
| 80. Working Interest - Vera Davis #2, Panola County, Texas | B | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 81. Working Interest - Roy Harrell #1, Harrison County, Texas | A | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 82. Working Interest - Inez Bates #2, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 83. Working Interest - Inez Bates #3, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 84. Working Interest - Inez Bates #4, Nacogdoches County, Texas | C | Royalty | K | W | | | | | |
| 85. Working Interest - Inez Bates #5, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 87. Working Interest - McCarter #1, Rusk County, Texas | C | Royalty | J | W | | | | | |
| 88. Working Interest - Vera Davis #3, Panola County, Texas | B | Royalty | | | Sell | 3/1 | K | E | Sojitz Energy Venture |
| 89. Working Int.- Jordan #1, Panola County, Texas | A | Royalty | | | Sell | 3/1 | J | A | Sojitz Energy Venture |
| 90. Working Interest - Burk #2, Panola County, Texas | A | Royalty | | | Sell | 3/1 | J | C | Sojitz Energy Venture |
| 91. Working Interest - West Bay #1, Panola County, Texas | A | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 92. Working Interest - Brady #1, Rusk County, Texas | A | Royalty | | | Sell | 3/1 | K | E | Sojitz Energy Venture |
| 93. Working Interest - Beckham #2, Panola County, Texas | B | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 94. Working Interest - Wedgeworth #1, Panola County, Texas | A | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 95. Working Interest - Vera Davis #4, Panola County, Texas | B | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 96. Working Interest - Vera Davis #5, Panola County, Texas | C | Royalty | | | Sell | 3/1 | K | E | Sojitz Energy Venture |
| 97. Working Interest - Burk #3, Panola County, Texas | B | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 98. Working Interest - W.W. Mackey #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 99. Longview, TX Municipal Bond | A | Interest | K | T | | | | | |
| 100. Pleasanton, TX Municipal Bond | B | Interest | K | T | | | | | |
| 101. Brazos River Authority Bond | A | Interest | K | T | | | | | |
| 102. TX State Technical College Bond | A | Interest | K | T | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
(See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Brazosport, TX ISD Bond | B | Interest | K | T | | | | | |
| 104. Killeen, TX Municipal Bond | A | Interest | K | T | | | | | |
| 105. Kate Dudley #1 Working Interest, Gregg County, TX | C | Royalty | K | W | | | | | |
| 106. Vera Davis #7 Working Interest, Panola County, TX | C | Royalty | | | Sell | 3/1 | K | E | Sojitz Energy Venture |
| 107. Jordan #2 Working Interest, Panola County, TX | A | Royalty | | | Sell | 3/1 | J | B | Sojitz Energy Venture |
| 108. Beckham #3 Working Interest, Panola County, TX | C | Royalty | | | Sell | 3/1 | K | E | Sojitz Energy Venture |
| 109. West Bay #2 Working Interest, Panola County, TX | B | Royalty | | | Sell | 3/1 | J | E | Sojitz Energy Venture |
| 110. Burk #4 Working Interest, Panola County, TX | B | Royalty | | | Sell | 3/1 | J | D | Sojitz Energy Venture |
| 111. First National Albany - Breckenridge Bank Accounts | D | Interest | M | T | | | | | |
| 112. Morgan Stanley Bank Account | A | Interest | | | Closed | 12/28 | J | A | |
| 113. Morgan Stanley Money Market Fund | A | Interest | | | Sold | 12/27 | J | A | |
| 114. Morgan Stanley S&P 500 Fund Index | A | Dividend | | | Sold | 12/27 | J | B | |
| 115. Pauline & Charles Davis #1 Working Int., Harrison Co., TX | B | Royalty | J | W | | | | | |
| 116. Mary B. Allen #2 Working Interest, Gregg County, TX | A | Royalty | J | W | | | | | |
| 117. Roberson #1 Working Interest, Anderson County, TX | A | Royalty | J | W | | | | | |
| 118. Patton-Jarvis #1 Working Interest, Gregg County, TX | D | Royalty | K | W | | | | | |
| 119. McMichael #1 Working Interest, Gregg County, TX | B | Royalty | J | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>Month -<br>Day | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Vera Davis #6 Working Interest, Panola County, TX | D | Royalty | | | Sell | 3/1 | M | G | Sojitz Energy Venture |
| 121. Beckham #4 Working Interest, Panola County, TX | B | Royalty | | | Sell | 3/1 | L | F | Sojitz Energy Venture |
| 122. Burk #6 Working Interest, Panola County, TX | C | Royalty | | | Sell | 3/1 | L | F | Sojitz Energy Venture |
| 123. White #1 Working Interest, Rusk County, TX | A | Royalty | | | Sell | 3/1 | L | F | Sojitz Energy Venture |
| 124. S.J. Keasler Lease, Harrison County, TX (X) | | None | | | Sell | 6/7 | J | D | Byron Roach Trustee |
| 125. Williams #1 Working Interest, Leon County, TX | B | Royalty | J | W | Buy | 2/16 | J | | Machin & Associates |
| 126. Williams #2 Working Interest, Leon County, TX | | None | J | W | Buy | 10/17 | J | | Machin & Associates |
| 127. KC Timberland #1 Working Interest, Rusk County, TX | | None | J | W | Buy | 12/13 | J | | Machin & Associates |
| 128. Katy, TX ISD Bond | | None | K | W | Buy | 12/12 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/8/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII    INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter

Item Nos. 5 and 6:  Undivided interest in real estate limited partnership.  Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity

Item No. 39 as indicated there was a partial sale to State of Texas for a highway widening project   Deed was signed and delivered on date indicated but funds were not paid until 2008.  For that reason no income was reported even though a gain was realized   Income will be reported in filer's 2008 report

Item No  46   Debtor is NE Territory Addition LLC identified in item number 5

Item No  47:  Filer is passive investor in this joint venture real estate investment; assets are undivided interests in real estate limited partnership  Neither filer nor joint venture can direct, influence or in any manner effect the purchase, exchange, sale or disposition of limited partnership assets.

Item Nos. 72, 73, 74, and 75:  Funds attributable to filer's working interest in these wells are distributed to filer by Willow Springs Farmout Partnership (WSP)  Filer is not a partner in WSP and has no capital account in WSP.  Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item Nos. 78, 79, 80, 81, 88,  89, 90, 91, 92, 93, 94, 95, 96, 97, 106, 107, 108, 109, 110,120, 121, 122 and 123 as indicated were sold in 2007   The operator of those producing oil and gas properties allocated the value to each producing well.  In addition to the producing wells a value was assigned to acreage held by reason of the production of oil and gas.  The acreage was identified as proven undeveloped acreage (PUD).  Filer has attributed the value of the PUD of each producing oil and gas lease to the well that was the latest drilled for financial disclosure purposes.

Items Nos  95 and 127 on the 2006 report are not reported on this report because the property proved non-productive

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544